MEMORANDUM
TO THE HONORABLE JACK B. WEINSTEIN
Senior United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 3 2007 ★

TIME A.M. _____
P.M. _____

RE: LUZ VASQUEZ-ISAZA
Docket No.: 06-CR-741-01

On January 29, 2007, the above-referenced defendant pleaded guilty to a violation of 21 USC 963; the case is presently scheduled for sentencing on April 4, 2007.

The presentence interview of the defendant, scheduled to occur via videoconference on March 1, 2007, was delayed due to technical difficulties with the video equipment. Although the presentence interview has since been completed, due to a miscommunication within our office, the author of the offense narrative, U.S. Probation Officer Meredith Masson, was not aware of the approaching sentence date for this defendant; the Offense Conduct section is now in the process of being reviewed. To ensure that a sufficient period of time be allocated for the preparation of the presentence report, the Probation Department is respectfully requesting that the Court adjourn the sentence date for a period of 3 weeks. Please indicate below if an adjournment of sentence is acceptable to the Court.

RESPECTFULLY SUBMITTED:

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Leslie S. Lockwood
Supervising U.S. Probation Officer

*******************

An adjournment of sentence is acceptable. The new date will be _April 29_ _10:00 AM_  4/27/07

An adjournment of sentence is not acceptable. The sentence date will be _____

_____
The Honorable Jack B. Weinstein
Sr. U. S. District Judge (Date)
3/28/07

Date: 3/27/07

cc: AUSA Jacqueline Spratt, Esq.

Joyce C. London, Esq.
20 Vesey Street, Suite 400
NY, NY 10007